Eric H. Gibbs (SBN 178658)
Andre M. Mura (SBN 298541)
Amanda M. Karl (SBN 301088)
Aaron Blumenthal (SBN 310605)
**GIBBS LAW GROUP LLP**
505 14th Street, Suite 1110
Oakland, California 94612
Telephone:   (510) 350-9700
Fax:  (510) 350-9701
ehg@classlawgroup.com
amm@classlawgroup.com
amk@classlawgroup.com
ab@classlawgroup.com

Michael S. Danko (SBN 111359)
Kristine K. Meredith (SBN 158243)
**DANKO MEREDITH**
333 Twin Dolphin Drive, Suite 145
Redwood Shores, CA 94065
Telephone: (650) 453-3600
Facsimile: (650) 394-8672
mdanko@dankolaw.com
kmeredith@dankolaw.com

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DAVID STERLING, on behalf of himself and all those similarly situated,<br><br>                    Plaintiff,<br><br>         v.<br><br>INTEL CORP.,<br><br>                    Defendant. | Case No:<br><br>**DECLARATION OF PLAINTIFF'S COUNSEL PURSUANT TO CAL. CIV. CODE § 1780(d)** |

I, Eric H. Gibbs, declare as follows:

1. I am a partner with Gibbs Law Group LLP, counsel for Plaintiff in this action. I have personal knowledge of the facts stated herein and, if called upon to do so, could and would testify competently thereto.

2. I submit this declaration on behalf of Plaintiff and in support of Plaintiff's Class Action Complaint, which is based in part on violations of the Consumers Legal Remedies Act, California Civil Code § 1750, *et seq*.

3. Plaintiff's Class Action Complaint has been filed in the proper place for trial of this action, which is the U.S. District Court for the Northern District of California. Defendant Intel Corporation resides and does business in Santa Clara County. Moreover, because Intel Corporation's principal place of business is in Santa Clara County, a substantial number of the events or omissions giving rise to Plaintiff's claims occurred within the Northern District of California.

I declare under penalty of perjury that the foregoing is true and correct. Executed on January 26, 2018 in Oakland, California.

*/s/ Eric H. Gibbs*
ERIC H. GIBBS