UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID STERLING,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>INTEL CORPORATION,<br><br>　　　　　Defendant. | Case No. 18-cv-00580-SVK<br><br>**REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Edward J. Davila for consideration of whether the case is related to *Garcia et al. v. Intel Corporation*, Case No. 18-cv-00046-EJD.

**SO ORDERED.**

Dated: January 31, 2018

_____
SUSAN VAN KEULEN
United States Magistrate Judge